Ronald Yoosefian, Esq. (SBN 270215)
Susana Oganesian, Esq. (SBN 313893)
**YOOSEFIAN LAW FIRM, P.C.**
135 South Jackson Street, Suite 203
Glendale, California 91205
Telephone: (818) 275-1529
Facsimile:  (818) 275-1747

Attorneys for Plaintiff,
SANDRA CHAM

RICHARD R. GRAY, Bar No. 071030
rgray@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:     916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendant
PVH RETAIL STORES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA CHAM**, an individual,<br>            Plaintiff,<br>v.<br><br>**PVH RETAIL STORES LLC,** a Limited Liability Company; **TOMMY HILFIGER WHOLESALE, INC.**, a California corporation; **TOMMY HILFIGER RETAIL, LLC**, a Limited Liability Company; **PVH CORP.**, a Delaware corporation; **and DOES 1 through 50, inclusive,**<br><br>            Defendants. | **Case No.: 2:18-cv-01279-MCE-EFB**<br>[Assigned to the Honorable Morrison C. England, Jr.]<br><br><br>**STIPULATION TO TRANSFER VENUE; ORDER THEREON** |

1
STIPULATION TO TRANSFER VENUE; ORDER THEREON

## STIPULATION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404, the Plaintiff Sandra Cham ("Plaintiff") and Defendant PVH Retail LLC ("Defendant) (collectively the "Parties") hereby file this Stipulation to Transfer Venue to the United States District Court for the Southern District of California, San Diego Division, and in support thereof, respectfully show:

WHEREAS, on or about March 22, 2018, Plaintiff filed this action in the Superior Court of California – Alpine County against Defendant alleging causes of action arising out of her former employment with Defendant (the "Complaint");

WHEREAS, on or about May 4, 2018, Plaintiff dismissed named defendant PVH Corp., a Delaware corporation, Tommy Hilfiger Wholesale, Inc., a California corporation, and Tommy Hilfiger Retail, LLC, a Limited Liability Company.

WHEREAS, Defendant, PVH Retail Stores LLC, filed an answer on or about May 11, 2018, in the Superior Court for the State of California, County of Alpine;

WHEREAS, Defendant, PVH Retail Stores LLC, removed this action to the United States District Court for the Eastern District of California on or about May 21, 2018, because this District Court embraces the place where this action is pending in the Alpine County Superior Court;

WHEREAS, the present action is pending in the United States District Court for the Eastern District of California with Honorable Morrison C. England, Jr. presiding over the present action, Case No. 2:18-cv-01279-MCE-EFB;

WHEREAS, the Court issued an Initial Pretrial Scheduling Order on or about May 21, 2018;

WHEREAS, the Parties conducted their Rule 26(f) Conference on July 12, 2018;

WHEREAS, the Parties exchanged Initial Disclosures on or about July 26, 2018;

WHEREAS, the Parties filed their Joint Status Report and Rule 26(f) Discovery Plan on or about July 26, 2018;

WHEREAS, no trial dates have yet been scheduled for the present action pending in the United States District Court for the Eastern District of California;

WHEREAS, Plaintiff discovered that venue is proper in the United States District Court for the Southern District of California because Plaintiff's Complaint should have been filed in the Superior Court of California, County of San Diego because Plaintiff's causes of action arose at Defendant's place of business and/or store located at 5003 Willows Road, Alpine, California 91901, which is located in the County of San Diego, which is embraced by Federal District Court for the Southern District of California;

WHEREAS, the Parties have met and conferred regarding the Transfer of this action to the United States District Court for the Southern District of California, San Diego Division under 28 U.S.C. § 1404;

WHEREAS, the Parties agree to the Transfer of this action to the United States District Court for the Southern District of California, San Diego Division;

WHEREAS, Transfer of this matter is controlled by 28 U.S.C. § 1404, which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented. 28 U.S.C.A. §1404 (emphasis added).

WHEREAS, the Plaintiff contends that Transfer of this lawsuit to the Southern District of California is proper because: (1) Defendant's store, where Plaintiff worked, is located in the Southern District of California; and (2) the Parties believe that most of the likely witnesses and relevant documents are located in the Southern District of California;

WHEREAS, Defendant's store, where Plaintiff worked and where Plaintiff's claims arose, is located within the Southern District, and this action could have been brought there initially, making Transfer to the Southern District appropriate under 28 U.S.C. § 1404;

WHEREAS, Defendant does not oppose Plaintiff's request to transfer venue, and therefore, accordingly stipulates to the transfer to the Southern District of California; and

**NOW, THEREFORE**, in consideration of the foregoing, Plaintiff and Defendant, by and through their respective counsel, each hereby stipulate and agree to the entry of an Order transferring this action from the United States District Court for the Eastern District of California, to the United States District Court for the Southern District of California, San Diego

STIPULATION TO TRANSFER VENUE; ORDER THEREON

YOOSEFIAN LAW FIRM, P.C.
135 SOUTH JACKSON STREET, SUITE 203
GLENDALE, CALIFORNIA 91205

Division, for the convenience of the parties and witnesses and in the interest of justice pursuant to 28 U.S.C. § 1404(b). The Parties also request that an Order be entered directing the Clerk of Court for the United States District Court for the Eastern District of California to forward the filings in this Action to the Clerk of Court for the United States District Court for the Southern District of California, San Diego Division; and IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own respective fees and costs relating to the Transfer of Venue to be effected pursuant hereto.

DATED: January 7, 2019 **YOOSEFIAN LAW FIRM, P.C.**

By /s/
Ronald Yoosefian, Esq.
Susana Oganesian, Esq.

*Attorneys for Plaintiff*,
SANDRA CHAM

DATED: January 7, 2019

Richard R. Gray, Esq.
Simerdip Khangura, Esq.
**LITTLER MENDELSON**

Attorneys for Defendant
PVH RETAIL STORES, LLC.

**ORDER**

The Court, having reviewed and considered the stipulated transfer of this Action, does hereby Order that this Action be transferred from the United States District Court for the Eastern District of California to the United States District Court for the Southern District of California, San Diego Division, with each party bearing its own costs and fees relating to the transfer. The Court further Orders the Clerk for the United States District Court for the Eastern District of California to forward all filings in this Action to the Clerk for the United States District Court for the Southern District of California, San Diego Division.

**IT IS SO ORDERED.**

Dated: January 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE